| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Graber, Susan P | 2. Court or Organization<br><br>U.S. Court of Appeals/9th Cir | 3. Date of Report<br><br>05/04/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge- Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>The Pioneer Courthouse<br>700 SW Sixth Ave<br>Portland OR 97204 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1988 | Oregon Public Employee's Retirement Systems (PERS) with former employer when I was a state court judge. (Statutorily defined benefits; no control) |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 14 A 10: 37 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Graber, Susan P | 05/04/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Portland General (retirement income) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Southern Oregon Federal Bar Association | Spring 2006 CLE in Klamath Falls, OR , May 18 - 20, lodging and meals |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Graber, Susan P | 05/04/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graber, Susan P | 05/04/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Charles Schwab Money Market Fund/Cash Reserves #1 | A | Dividend | J | T | | | | | See comments in Part VIII |
| 2. Charles Schwab Money Market Fund/Cash Reserves #2 | A | Dividend | J | T | | | | | See comments in Part VIII |
| 3. Charles Schwab Money Market Fund/Cash Reserves #3 | A | Dividend | J | T | | | | | See comments in Part VIII |
| 4. Oregon Savings Growth Plan | | None | K | T | | | | | |
| 5. PERS account (See description in Part II (I)) | | None | N | W | | | | | |
| 6. Family Farm LLC | D | Distribution | M | Q | | | | | Appraisal dated 5/28/98 |
| 7. IRA #1 | E | Dividend | | | | | | | Reported in the aggregate |
| 8. --Vanguard Short-Term Bond Index | | | | | Sell part | 01/31 | L | | Gain not reported to us |
| 9. --Vanguard Short-Term Bond Index | | | L | T | Buy | 07/21 | L | | |
| 10. --Fidelity/Vanguard Intermediate Bond Index Fund | | | M | T | | | | | |
| 11. --Vanguard Index 500 | | | M | T | | | | | |
| 12. --Vanguard Mid Cap Index | | | M | T | | | | | |
| 13. --Vanguard Small Cap Growth Index | | | | | Sell | 06/01 | L | | Gain not reported to us |
| 14. --Vanguard Total Stock Market Index | | | M | T | Buy | 06/01 | L | | |
| 15. --Vanguard Total Market Bond Index | | | | | Buy | 01/31 | L | | |
| 16. --Vanguard Total Market Bond Index | | | | | Sell | 07/21 | L | | Gain not reported to us |
| 17. IRA #2 | E | Dividend | | | | | | | Reported in the |

1. Income Gain Codes: (See Columns B1 and D4)    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes (See Column C2)    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000
Q =Appraisal    S =Assessment    T =Cash Market
U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Graber, Susan P | 05/04/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | | | | aggregate |
| 18. --Vanguard Short Term Bond Index Fund | | | K | T | | | | | |
| 19. --Enron Common Stock | | | J | T | | | | | |
| 20. --Schwab Money Market/Cash Reserves | | | | | Sell part | 04/24 | L | | Gain not reported to us |
| 21. --Schwab Cash Reserves | | | | | Buy | 06/05 | L | | |
| 22. --Schwab Cash Reserves | | | | | Sell part | 06/08 | K | | Gain not reported to us |
| 23. --Schwab Cash Reserves | | | | | Buy | 06/20 | K | | |
| 24. --Schwab Cash Reserves | | | | | Buy | 07/01 | K | | |
| 25. --Schwab Cash Reserves | | | L | T | Sell part | 09/26 | K | | Gain not reported to us |
| 26. --Vanguard Mid Cap Index Fund | | | | | Sell part | 06/01 | K | | Gain not reported to us |
| 27. --Vanguard Mid Cap Index Fund | | | M | T | Sell part | 07/21 | K | | Gain not reported to us |
| 28. --Vanguard Index 500 | | | N | T | | | | | |
| 29. --Vanguard Intermediate Term Bond Index | | | N | T | | | | | |
| 30. --Harding Lovenger Emerging Markets Fund | | | | | Sell part | 06/01 | K | | Gain not reported to us |
| 31. --Harding Lovenger Emerging Markets Fund | | | | | Sell | 06/16 | K | | Gain not reported to us |
| 32. --Vanguard Developed Markets Index Fund | | | N | T | | | | | |
| 33. --Schwab Core Equity Fund | | | L | T | | | | | |

1. Income Gain Codes:      A =$1,000 or less       B =$1,001 - $2,500       C =$2,501 - $5,000       D =$5,001 - $15,000       E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000    G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less       K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes       P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
   (See Column C2)           Q =Appraisal             V =Other                 S =Assessment
                            U =Book Value                                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Graber, Susan P | 05/04/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34.  --Schwab Yield Plus | | | L | T | Buy | 06/07 | K | | |
| 35.  IRA #3 | A | Dividend | | | | | | | |
| 36.  --Spartan International Index Fund | | | K | T | | | | | |
| 37.  Trust #1 | | | | | | | | | |
| 38.  --Vanguard Short Term Bond Index Fund | A | Dividend | K | T | Sell part | 01/05 | J | | Gain not reported to us |
| 39.  --Vanguard Mid Cap Index | A | Dividend | | | Sell | 05/31 | K | | Loss |
| 40.  --Vanguard Index 500 | A | Dividend | | | Sell | 02/22 | K | B | |
| 41.  --Vanguard Intermediate Term Bond Fund | A | Dividend | | | Sell | 06/08 | K | | Loss |
| 42.  --Schwab Yield Plus | A | Dividend | K | T | Buy | 06/09 | K | | |
| 43.  --Schwab Cash Reserves/Money Market | A | Dividend | J | T | | | | | |
| 44.  American Century Select | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graber, Susan P | 05/04/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, lines 1-3: The Charles Schwab money market funds are cash-equivalent funds. For clarity of reporting, I do not distinguish between Charles Schwab's "regular" and "Value Advantage" money market funds. Each ███████████ fund is listed separately.

Part VII - Lines 1-3, 20-25, 43 - Charles Schwab changed the "Schwab Money Market Fund" to "Schwab Cash Reserve Sweep Shares Fund" on April 24, 2006. Both terms appear in this report, with the latter shortened to "Schwab Cash Reserves" for ease of reference.

| Name of Person Reporting | Date of Report |
|---|---|
| Graber, Susan P | 05/04/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Date May 7, 2007

NO~~~~ ~~~~ALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AN~~~~ ~~~~ (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544